UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BREAKING GLASS PICTURES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:13-CV-75-TAV-BHG |
| | ) |
| Does 1-283, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On September 30, 2013, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed an 11-page Report and Recommendation (R&R) [Doc. 41] in which he recommended that that Plaintiff's claims against Doe Defendants 2-283 be dismissed, without prejudice, for improper joinder; Defendant DeArmond's motion to quash be granted; Defendant DeArmond's motion for protective order be denied as moot; and that Plaintiff be given thirty days to serve Doe 1.

There being no timely objections by Plaintiff, see 28 U.S.C. § 636(b)(1), and the Court being in complete agreement with the Magistrate Judge, the R&R is hereby **ACCEPTED IN WHOLE.** Accordingly, I**T IS HEREBY ORDERED** that Defendant DeArmond's motion to dismiss [Doc. 27] is **GRANTED in part and DENIED in part:**

1. The motion to sever all Defendants is **GRANTED.**

2. The motion to dismiss Defendant DeArmond for lack of personal jurisdiction is **DENIED without prejudice.**

3. All claims, other than the claim of Plaintiff against Doe Defendant 1 are **DISMISSED, without prejudice,** to allow refilling of claims against Doe Defendants 2-283 in individual cases.

4. Any refiled cases against Doe Defendants 2-100 shall be filed in the appropriate division of the Eastern District of Tennessee.

5. The motion to quash [Doc. 26] is **GRANTED.**

6. The motion for protective order [Doc. 25] is **DENIED as moot.**

7. Plaintiff shall serve Doe Defendant 1 within **thirty (30) days** of entry of this Memorandum and Order.

ENTER:

s/ Thomas A. Varlan  
CHIEF UNITED STATES DISTRICT JUDGE